Carlos M. Taitano, State Bar No. 275820
Taitano & Taitano LLP
P.O. Box 326204
Hagatna, Guam 96932
Telephone:     (671) 777-0581
Email:          cmakototaitano@taitano.us.com

*Attorney for Applicant*
*In Seong Jeong*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>In Seong Jeong,<br><br>         Applicant. | Case Number:<br><br>**DECLARATION OF IN SEONG JEONG IN SUPPORT OF IN SEONG JEONG'S** *EX PARTE* **APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

I, In Seong Jeong, declare that:

1.     I am more than 21 years of age, am competent to testify on the matters stated in this declaration, and, except as may be otherwise stated in this declaration, have personal knowledge of the matters stated in this declaration.

2.     I am a national of the Republic of Korea and I reside in Jeollanamdo, Republic of Korea.

3.     I work as a singer in the Republic of Korea.

4.     This declaration is in support of my *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in Foreign Proceedings.

5.     An anonymous individual (hereinafter "**Anonymous Individual**") created a YouTube channel (hereinafter "**YouTube Channel**") located at https://www.youtube.com/channel/UCiGlYSdesBW5HUMRG7nlUlQ in which the Anonymous Individual published a photograph of me without my permission infringing upon my portrait right,

*Declaration of In Seong Jeong*

1. and published a message on the About page of the YouTube Channel that falsely defames and insults me; attached as **Exhibit 1** is a true and correct screenshot of the YouTube Channel and its About page which was posted on December 2, 2024.

6. Prior to be recently changed, the handle name and title of the YouTube Channel were "IN SEONG's CHARACTER GROUND to ZERO" ("인성이는인성빻음" in the original Korean language) and "IN SEONG's CHARACTER CRIPPLED ("인성이인성병신" in the original Korean language), respectively.

7. My name "In Seong" in Korean has the same pronunciation as the phrase "personal character" in Korean.

8. Therefore, when read in Korean, the YouTube Channel's title and handle name means that my character is crippled and ground or crushed to zero.

9. Accusing someone of being a "cripple" in the Korean language is a severe curse and extremely insulting.

10. The YouTube Channel's handle name was recently changed to "유유-o2s".

11. The About page of the YouTube Channel accuses me of being a psychopath or sicko in the Korean language, one of the most insulting curses in Korean.

12. The About page of the YouTube Channel accuses me of bossing people around, which is plainly false.

13. The YouTube Channel used a photo of me without my permission, infringing my portrait right.

14. The About page also accused me of publishing my albums with the support of my parents, which is absolutely baseless and completely false.

15. I have been mentally and psychologically harmed by the Video, I have been humiliated by the Video, I am feeling extreme stress and suffering from insomnia because of the Video, and I feel powerless that I cannot do anything about the falsities, insults, my photograph being used without my permission.

16. My career as a singer is being significantly harmed because of the baseless accusations contained in the YouTube Channel.

*Declaration of In Seong Jeong*

17. I have filed a civil lawsuit on January 14, 2025 against the Anonymous Individual in the Gwangju District Court in the Republic of Korea, Civil Case Number 2025Gaso33746, for defamation and insulting, and infringing my portrait right (hereinafter **"Civil Case"**).

18. I have thoroughly reviewed the information on the YouTube Channel to find information that may lead to the true identity of the Anonymous Individual, but I was unable to find any identifying information that will reveal the true identity of the Anonymous Individual.

19. I have also searched online to find information that may lead to the true identity of the Anonymous Individual, but I was unable to find any identifying information that may lead to the true identity of the Anonymous Individual.

20. I have been unable to identify the true identity of the Anonymous Individual, preventing me from proceeding with the Civil Case against the Anonymous Individual.

21. Unless the true identity of the Anonymous Individual is revealed, I will be unable to pursue the Civil Case against the Anonymous Individual.

22. The identity of the Anonymous Individual will only be used for the purpose of the Civil Case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 5, 2025.

*IN SEONG JEONG*
IN SEONG JEONG



**Exhibit 1**